# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilner, Michael R. | Central District of California | 04/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - full-time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

255 E. Temple St.
Chambers 560
Los Angeles, CA 90012

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Federal Bar Association, Los Angeles Chapter |
| 2. Executive Committee Member | Judge Paul Michel Intellectual Property American Inn of Court |
| 3. Litigation Executive Committee Member | Los Angeles County Bar Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage Acct # 1 | | | | | | | | | |
| 2.  VANGUARD CA INTERM TERM TAX FREE | A | Distribution | | | Sold | 07/27/20 | K | B | |
| 3.  PRINCIPAL EQUITY INCOME FUND | A | Distribution | | | Sold (part) | 01/24/20 | K | D | |
| 4. | | | | | Sold | 03/24/20 | K | A | |
| 5.  ISHARES RUSSELL 1000 VALUE ETF | C | Distribution | | | Closed | 02/14/20 | L | | |
| 6.  ISHARES S&P 500 GROWTH ETF | B | Distribution | K | T | Sold (part) | 01/02/20 | K | E | |
| 7.  ISHARES RUSSELL 1000 GROWTH ETF | A | Distribution | | | Closed | 02/14/20 | L | | |
| 8.  ISHARES RUSSELL 2000 GROWTH ETF | A | Distribution | J | T | | | | | |
| 9.  ISHARES MSCI EAFE SMALL CAP ETF | A | Distribution | | | Sold | 07/14/20 | J | C | |
| 10.  ISHARES NATL MUNI BOND ETF | A | Distribution | | | Sold | 02/07/20 | J | A | |
| 11.  SCHWAB SHORT TERM US TREASURY ETF | A | Distribution | | | Sold | 02/11/20 | J | A | |
| 12.  SCHWAB US DIVIDEND EQUITY ETF | B | Distribution | K | T | Sold (part) | 08/06/20 | L | D | |
| 13.  SCHWAB US MIDCAP ETF | A | Distribution | | | Sold | 12/17/20 | K | C | |
| 14.  SCHWAB EMERGING MARKETS ETF | B | Distribution | K | T | | | | | |
| 15.  SCHWAB INTL EQUITY ETF | C | Distribution | | | Sold | 03/17/20 | L | D | |
| 16.  SCHWAB INTL SMALL CAP ETF | A | Distribution | | | Sold | 02/07/20 | J | A | |
| 17.  SCHWAB US LARGE CAP ETF | B | Distribution | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWAB US SMALL CAP ETF | A | Distribution | K | T | | | | | |
| 19. SPDR S&P 600 SMALL CAP ETF | A | Distribution | | | Closed | 02/14/20 | L | | |
| 20. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | | | Closed | 02/14/20 | K | | |
| 21. ISHARES IBONDS DEC 2020 TRM ETF | A | Distribution | | | Matured | 12/18/20 | J | A | |
| 22. ISHARES IBONDS DEC 2021 TERM ETF | A | Distribution | J | T | | | | | |
| 23. ISHARES IBONDS DEC 2022 TERM ETF | A | Distribution | J | T | | | | | |
| 24. ISHARES IBONDS DEC 2023 TERM ETF | A | Distribution | J | T | | | | | |
| 25. ISHARES IBONDS DEC 2024 TRM ETF | A | Distribution | J | T | | | | | |
| 26. ISHR IBND DEC 2025 TRM ETF | A | Distribution | J | T | | | | | |
| 27. ISHARES IBONDS MUNI DEC 2023 | A | Distribution | J | T | | | | | |
| 28. ISHARES IBONDS MUNI DEC 2025 | A | Distribution | J | T | | | | | |
| 29. ISHARES IBONDS HIYLD DEC 2025 | A | Distribution | J | T | | | | | |
| 30. VANGUARD SMALL CAP ETF VB | A | Distribution | | | Closed | 02/14/20 | K | | |
| 31. INVESCO FTSE RAFI DEV MKT ETF | A | Distribution | | | Sold | 02/06/20 | J | A | |
| 32. ISHARES US REIT ETF USRT | A | Distribution | | | Sold | 01/02/20 | J | A | |
| 33. SCHWAB FUNDAMENTAL EMERGING MARKETS ETF FNDE | A | Distribution | | | Sold | 02/07/20 | J | A | |
| 34. SCHWAB FUNDAMENTAL INTL LARGE CAP ETF FNDF | A | Distribution | | | Sold | 02/07/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilner, Michael R. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SCHWAB FUNDAMENTAL INTL SMALL CAP ETF FNDC | A | Distribution | | | Sold | 02/07/20 | J | A | |
| 36. SCHWAB FUNDAMENTAL US LARGE CAP ETF FNDX | A | Distribution | | | Sold | 01/02/20 | J | A | |
| 37. SCHWAB FUNDAMENTAL US SMALL CAP ETF FNDA | A | Distribution | | | Sold | 02/12/20 | J | A | |
| 38. VANGUARD FTSE DEVELOPED ETF VEA | A | Distribution | J | T | | | | | |
| 39. VANGUARD ALL WORLD ETF VSS | A | Distribution | | | Sold | 02/07/20 | J | A | |
| 40. VANGUARD FTSE ALL WORLD ETF VEU | B | Distribution | M | T | Buy | 03/17/20 | L | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. Brokerage Acct #4 | | | | | | | | | |
| 44. PARNASSUS CORE EQUITY FUND | A | Distribution | | | Sold | 03/31/20 | K | B | |
| 45. PRINCIPAL EQUITY INCOME FUND | A | Distribution | K | T | | | | | |
| 46. UNDISCOVERED MANAGERS VALUE FUND | A | Distribution | | | Sold | 03/27/20 | J | A | |
| 47. SCHWAB AGGR BOND ETF | A | Distribution | K | T | Buy (add'l) | 10/12/20 | K | | |
| 48. SCHWAB US DIVIDEND EQUITY ETF | A | Distribution | K | T | | | | | |
| 49. SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | | | | | |
| 50. SCHWAB INTL EQUITY ETF | B | Distribution | | | Sold | 03/17/20 | K | A | |
| 51. SCHWAB US LARGE CAP ETF | C | Distribution | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SCHWAB US SMALL CAP ETF | B | Distribution | L | T | | | | | |
| 53. ISHARES CALIFORNIA MUNI BOND ETF | A | Distribution | | | Sold | 10/12/20 | L | A | |
| 54. SCHWAB US TIPS SCHP | A | Distribution | K | T | Buy | 10/12/20 | K | | |
| 55. VANGUARD FTSE ALL WORLD EX US ETF VEU | A | Distribution | L | T | Buy | 03/17/20 | L | | |
| 56. | | | | | | | | | |
| 57. Brokerage Acct # 5 | | | | | | | | | |
| 58. POWERSHARES INTL DIVIDEND ACHIEVERS ETF | A | Distribution | | | Sold | 10/12/20 | J | A | |
| 59. SCHWAB EMERGING MARKETS ETF | A | Distribution | K | T | | | | | |
| 60. SCHWAB INTL EQUITY ETF | B | Distribution | L | T | | | | | |
| 61. SCHWAB US LARGE CAP ETF | C | Distribution | M | T | | | | | |
| 62. SCHWAB US SMALL CAP ETF | A | Distribution | L | T | | | | | |
| 63. MOTLEY FOOL 100 INDEX ETF TMFC | A | Distribution | J | T | | | | | |
| 64. SCHWAB US BROAD MKT SCHB | A | Distribution | | | Sold | 10/13/20 | J | A | |
| 65. | | | | | | | | | |
| 66. Brokerage Acct #6 | | | | | | | | | |
| 67. PIMCO TOTAL RETURN FUND | A | Distribution | | | Sold | 10/12/20 | J | A | |
| 68. POWERSHARES HIGH YIELD BOND ETF | A | Distribution | | | Sold | 10/12/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SCHWAB AGGR BOND ETF | A | Distribution | K | T | | | | | |
| 70. SCHWAB US TIPS ETF | A | Distribution | J | T | Buy (add'l) | 10/12/20 | J | | |
| 71. SCHWAB EMERGING MARKETS ETF | A | Distribution | J | T | | | | | |
| 72. SCHWAB INTL EQUITY ETF | A | Distribution | K | T | | | | | |
| 73. SCHWAB US LARGE CAP ETF | A | Distribution | K | T | | | | | |
| 74. SCHWAB US SMALL CAP ETF | A | Distribution | J | T | | | | | |
| 75. SCHWAB US BROAD MARKET ETF | A | Distribution | J | T | | | | | |
| 76. | | | | | | | | | |
| 77. Brokerage #7 | | | | | | | | | |
| 78. VANGUARD TOTAL STOCK MARKET ETF VTI | A | Distribution | J | T | | | | | |
| 79. VANGUARD FTSE EMERGING MARKETS ETF VWO | A | Distribution | K | T | | | | | |
| 80. VANGUARD FTSE DEVELOPED MARKETS ETF VEA | A | Distribution | K | T | | | | | |
| 81. ISHARES CORE MSCI EMERGING MARKETS IEMG | A | Distribution | J | T | | | | | |
| 82. SCHWAB INTL EQUITY ETF SCHF | A | Distribution | J | T | | | | | |
| 83. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | K | T | | | | | |
| 84. SCHWAB US DIVIDEND EQUITY ETF SCHD | A | Distribution | J | T | | | | | |
| 85. SPDR NUVEEN BARCLAYS MUNI BOND ETF TFI | A | Distribution | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. VANGUARD DIVIDEND APPRECIATION ETF VIG | A | Distribution | J | T | | | | | |
| 87. VANGUARD MUNI BOND FUND ETF VTEB | A | Distribution | J | T | | | | | |
| 88. | | | | | | | | | |
| 89. Brokerage # 9 | | | | | | | | | |
| 90. SCHWAB US BROAD MARKET ETF SCHB | A | Distribution | J | T | Buy | 04/29/20 | J | | |
| 91. SCHWAB AGG BOND ETF SCHZ | A | Distribution | J | T | Buy | 04/29/20 | J | | |
| 92. | | | | | | | | | |
| 93. Brokerage # 12 | | | | | | | | | |
| 94. SCHWAB US BROAD MKT SCHB | A | Distribution | J | T | Buy (add'l) | 04/08/20 | J | | |
| 95. | | | | | | | | | |
| 96. Brokerage # 13 | | | | | | | | | |
| 97. PRINCIPAL EQUITY INCOME PQIAX | A | Distribution | | | Open | 02/14/20 | K | | |
| 98. | | | | | Sold | 03/24/20 | K | B | |
| 99. ISHARES RUSSELL 1000 VALUE ETF IWD | B | Distribution | L | T | Open | 02/14/20 | L | | |
| 100. ISHARES RUSSELL 1000 GROWTH ETF IWF | A | Distribution | L | T | Open | 02/14/20 | L | | |
| 101. SPDR S&P 600 GROWTH ETF SLYG | A | Distribution | L | T | Open | 02/14/20 | L | | |
| 102. SCHAB US DIVIDEND EQUITY ETF SCHD | B | Distribution | K | T | Buy | 03/25/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 04/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  VANGUARD SMALL CAP ETF VB | A | Distribution | K | T | Open | 02/14/20 | K | | |
| 104.  ISHARES CALIFORNIA MUNI BOND ETF CMF | A | Distribution | | | Open | 02/14/20 | K | | |
| 105. | | | | | Sold | 07/30/20 | K | A | |
| 106. | | | | | | | | | |
| 107.  Brokerage # 14 | | | | | | | | | |
| 108.  SCHWAB MONEY MARKET FUND SWVXX | A | Distribution | L | T | Buy | 07/02/20 | K | | |
| 109. | | | | | Buy<br>(add'l) | 08/11/20 | K | | |
| 110. | | | | | | | | | |
| 111.  Schwab Checking / Brokerage Sweep Accts | A | Int./Div. | K | T | | | | | |
| 112.  Capital One Bank Savings Acct | A | Int./Div. | J | T | | | | | |
| 113.  Wealthfront Cash Savings Acct | A | Int./Div. | K | T | | | | | |
| 114.  529 Account #1 New York Col Savings Prog Cons/Mod Growth (no control) | B | Distribution | L | T | Sold<br>(part) | 08/04/20 | K | A | |
| 115.  529 Account #2 Wealthfront Dividend Stock and Bond Portfolio | A | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 04/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Assets transferred / rolled over from Brokerage # 1 to Brokerage # 13 listed as "closed" for old account and "open" for new account per Fido instructions.

Part VII - Assets for Brokerage # 3 and # 11 (lines 53-66 and 119-120 from FY 2019 report) are omitted because the owner is no longer a dependent.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544